IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR28 |
| vs. | **ORDER** |
| GREGORY BARTUNEK, | |
| Defendant. | |

This matter is before the Court on defendant Gregory Bartunek's ("Bartunek") Motion for Leave to Appeal In Forma Pauperis (Filing No. 56). That motion is granted, and Bartunek is permitted to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated this 25th day of April, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge