IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>GREGORY BARTUNEK,<br><br>      Defendant. | 8:17CR28<br><br>ORDER |

THIS MATTER came on for hearing on the 27th day of April, 2017, on Defendant's Request for Discovery. The Court previously ordered the Government to produce Rule 16 Discovery to Defendant in its Order for the Progression of a Criminal Case. ([Filing No. 14](#).) The Government provided Rule 16 Discovery material to Defendant's attorney, Michael Maloney, on February 23, 2017. ([Filing No. 21](#).) On April 3, 2017, the Court granted Defendant's Motion to Terminate Counsel and allowed Defendant to proceed pro se.

From the information provided to the Court at today's hearing, it appears that Defendant's previous attorney provided some of the discovery documents he received to the defendant in paper but a large number of documents were provided to the defendant on a thumb drive. Due to the defendant's incarceration at the Douglas County Correctional Center, Defendant has very limited access to a computer. Therefore, the Court orders that the Government provide a full set of discovery documents in paper form to Defendant within seven days of today's hearing.

Defendant shall review the discovery and then notify the Government in writing as to what items of evidence he would like to personally inspect. Thereafter, the Government will promptly make arrangements for Defendant to personally inspect those items.

The clerk's office is directed to send a copy of this Order to the defendant.

IT IS SO ORDERED.

Dated this 27th day of April, 2017.

                     BY THE COURT:

                     s/ Susan M. Bazis
                     United States Magistrate Judge