IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR28 |
| vs. | ORDER |
| GREGORY BARTUNEK, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Amend Document. ([Filing No. 147](#).) Defendant seeks to amend his Motion to Suppress ([Filing No. 47](#)) and his "Motion to Amend Previous Motion to Suppress" ([Filing No. 48](#)). Defendant's motion will be denied.

Defendant seeks to amend his Motion to Suppress and Motion to Amend Previous Motion to Suppress in order to identify the precise grounds for suppression within the actual motions. However, as acknowledged by Defendant, the deadline for filing pretrial motions has passed. Moreover, although Defendant did not expressly identify the exact grounds for suppression within the motions, he did detail the alleged grounds for relief in the brief offered in support of the Motion to Suppress, which will be reviewed and considered by the Court. The Court will not consider any other grounds for suppression not previously identified in the Motion to Suppress ([Filing No 47](#)), Motion to Amend Previous Motion to Suppress ([Filing No. 48](#)), or the accompanying brief.

**IT IS ORDERED** that Defendant's Motion to Amend Document ([Filing No. 147](#)) is denied.

Dated this 6th day of June, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge