IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GREGORY BARTUNEK,<br><br>                Defendant. | **8:17CR28**<br><br>**ORDER** |

This matter is before the Court on defendant Gregory Bartunek's ("Bartunek") Motion to Revoke Detention Order (Filing No. 188). According to Bartunek, "[t]he detention order was invalid and illegal, as it did not include 'a written statement of the reasons for the detention' as required by 18 U.S.C. § 3142(i)." Having carefully reviewed the Detention Order, Bartunek's Motion, and his brief in support, the Court finds Bartunek's arguments are without merit. Contrary to Bartunek's assertions, the written findings of fact and written statement of reasons in his Detention Order comply with 18 U.S.C. § 3142(i). The Motion to Revoke Detention Order (Filing No. 188) is denied.

IT IS SO ORDERED.

Dated this 18th day of August, 2017.

                                                BY THE COURT:

                                                s/ *Robert F. Rossiter, Jr.*
                                                United States District Judge