IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

              Plaintiff,

    vs.

GREGORY BARTUNEK,

              Defendant.

**8:17CR28**


**ORDER**

This matter is before the Court on Defendant's Motion to Extend Time to Respond to Findings and Recommendation.  (Filing No. 190.)  The motion will be granted.

    **IT IS ORDERED:**

    1.    Defendant's Motion to Extend Time to Respond to Findings and Recommendation (Filing No. 190) is granted.   Defendant's deadline to file an objection to the Finings and Recommendation (Filing No. 184) is extended to September 11, 2017.

    2.    The ends of justice have been served by granting such motion and outweigh the interests of the public and Defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between August 21, 2017 and September 11, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason Defendant, who is proceeding *pro se*, requires additional time to prepare his response to the Findings and Recommendation.  The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).  Defendant has no objection to the exclusion of this time from the speedy trial calculation.

    Dated this 22nd day of August, 2017.

                        BY THE COURT:

                        s/ Susan M. Bazis
                        United States Magistrate Judge