IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR28 |
| vs. | ORDER |
| GREGORY BARTUNEK, | |
| Defendant. | |

On August 24, 2017, a hearing was held before the Court on Defendant's Request for Additional Discovery. ([Filing No. 186](Filing No. 186).)

Having considered the matter,

**IT IS ORDERED** that Defendant's Request for Additional Discovery ([Filing No. 186](Filing No. 186)) is granted as follows:

1. Defendant shall provide the government with a blank hard drive. Upon receipt, the government shall provide copies of the first two hard drives that allegedly contained child pornography, excluding the purported child pornography, to Defendant. The government shall provide Defendant with copies of the two hard drives as soon as possible, but shall take no longer than 10 days to return the hard drive to Defendant after receipt of the blank hard drive from Defendant.

2. If Defendant wants to obtain copies of additional hard drives after receiving the first two hard drives, Defendant shall provide the government with another hard drive, and inform the government which hard drive Defendant wants copied. Upon receipt of each additional hard drive, the government shall provide the copy to Defendant as soon as possible, but shall take no longer than 10 days to return the hard drive to Defendant after receipt of the blank hard drive from Defendant.

3. Defendant shall be given 2 additional hours of law library time per day (for a total of 4 hours per day) to allow him to review the information contained on the hard drive(s).

4. The clerk's office is directed to mail a copy of this Order to Defendant.

Dated this 24th day of August, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge