IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR28 |
| vs. | |
| GREGORY BARTUNEK, | ORDER |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Copies ([Filing No. 199](Filing No. 199)). The motion is granted.

Accordingly,

**IT IS ORDERED:**

1. The Clerk of Court shall provide and mail copies of the following Exhibit Nos. from the hearing held on June 22, 2017 to Defendant at his address of record: 2-8, 112, 103, 104, and 157.

2. The Clerk of Court is further directed to mail copies of the following Filing Nos. to Defendant at his address of record: 2, 5, 13, and 35. Filing No. 35 shall be copied to a disk for mailing to Defendant.

Dated this 19th day of September, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge