# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:17CR28** |
| vs. | |
| GREGORY BARTUNEK, | **ORDER** |
| Defendant. | |

This matter is before the Court on defendant Gregory Bartunek's ("Bartunek") Motion for Review of Revocation of Detention Order and Re-Open Detention Hearing (Filing No. 212). In support of his motion, Bartunek states additional evidence in support of his release has been discovered that was unavailable at the previous detention hearings. After careful review, the Court finds this evidence has no material bearing on whether "there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f)(2). Because there has been no material change in Bartunek's circumstances and because he has not presented any compelling reasons for the Court to reconsider its detention order, Bartunek's Motion for Review of Revocation of Detention Order and Re-Open Detention Hearing is denied. Bartunek is to remain in custody pending trial.

IT IS SO ORDERED.

Dated this 8th day of November, 2017.

BY THE COURT:

s/ Robert F. Rossiter, Jr.
United States District Judge