IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR28 |
| vs. | ORDER |
| GREGORY BARTUNEK, | |
| Defendant. | |

A hearing was held in this case on November 13, 2017 to discuss various matters. Having considered the issues raised,

**IT IS ORDERED** as follows:

1. Defendant shall be given 20 hours per week in the law library at Douglas County Corrections. Defendant shall be allowed access to the law library 20 hours per week, Monday through Friday, excluding holidays. Four hours per week may be subtracted from Defendant's 20-hour allotment for each weekday that is a holiday. Also, these 20 hours need not be evenly distributed throughout the week. The hours may be given in different time increments during the week, as long as Defendant is allowed to use the law library for a total of 20 hours per week (with the exception of weeks containing holidays as explained above). This time allotment shall continue until Defendant's trial has concluded. Once Defendant's trial has concluded, Defendant's access to the law library shall return to the standard time allotted to all inmates based on the rules and regulations of the Douglas County Correctional Center. Nothing further is required of Douglas County Corrections at this time.

2. Michael Norris, counsel for the government, shall determine whether certain electronic information can be transferred to a hard drive as described in Defendant's letter dated November 4, 2017. This letter was received into evidence at the hearing as Exhibit No. 103. Mr. Norris shall provide written notice to Defendant and Defendant's standby counsel, Michael Maloney, as to whether this type of transfer of information is possible, and if so, what is needed from Defendant for the transfer to occur.

3.     The Clerk of Court is directed to mail a copy of this Order to Defendant at his address of record and to Mike Rupiper, c/o Douglas County Department of Corrections, 1709 Jackson St., Omaha, Nebraska, 68102.

Dated this 14th day of November, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge