IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR28 |
| vs. | ORDER |
| GREGORY BARTUNEK, | |
| Defendant. | |

A hearing was held in this case on November 21, 2017 to discuss Defendant's Motion to Stay ([Filing No. 232](#)) and issues regarding electronic discovery. Having considered the issues raised,

**IT IS ORDERED** as follows:

1. The Court construes Defendant's Motion to Stay ([Filing 232](#)) as a motion to continue trial. This motion will be granted by separate order.

2. A procedure for the production of certain discovery was discussed and set forth on the record at today's hearing.

3. The Clerk of Court is directed to mail a copy of this Order to Defendant at his address of record.

Dated this 21st day of November, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge