IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY BARTUNEK, <br><br> Defendant. | 8:17CR28 <br><br> ORDER |

This matter is before the Court on defendant Gregory Bartunek's ("Bartunek") separate motions to proceed in forma pauperis (Filing Nos. 243 and 246) for his interlocutory appeals of this Court's Orders dated November 14, 2017 (Filing No. 229) and November 8, 2017 (Filing No. 223). Both motions are granted, and Bartunek is permitted to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated this 27th day of November, 2017.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge