**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GREGORY BARTUNEK,<br><br>        Defendant. | 8:17CR28<br><br>ORDER |

This matter is before the court on defendant's unopposed Motion to Continue Trial [303]. Counsel needs additional time to prepare for trial and to hire a computer expert to review the voluminous discovery in this case. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [303] is granted as follows:

1. The jury trial now set for March 12, 2018, is continued to **August 27, 2018**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 27, 2018**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED March 9, 2018.**

                                                **BY THE COURT:**

                                                **s/ Susan M. Bazis
                                                United States Magistrate Judge**