# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GREGORY BARTUNEK,<br><br>　　　　　Defendant. | 8:17CR28<br><br>**ORDER** |

Before the Court is non-party Paul Bartunek's Request for Transcript (Filing No. 313) of the hearing held on March 20, 2018.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 313) is granted.
2. The Clerk's Office is directed to mail a copy of this order to Paul Bartunek. Mr. Bartunek should contact court reporter Susan DeVetter at (402) 661-7309 to arrange payment.

Dated this 10th day of April, 2018.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*Robert F. Rossiter, Jr.* (signature)

　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　United States District Judge