# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:17CR28** |
| vs. | | |
| GREGORY BARTUNEK, | | **ORDER** |
| Defendant. | | |

Before the Court is non-party Paul Bartunek's Request for Transcript (Filing No. 317) of the hearing held on March 5, 2018.

IT IS ORDERED:

1.   The Request for Transcript (Filing No. 317) is granted.

2.   The Clerk's Office is directed to mail a copy of this order to Paul Bartunek. Mr. Bartunek should contact court reporter Susan DeVetter at (402) 661-7309 to arrange payment.

Dated this 15th day of June, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge