IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR28 |
| v. | |
| GREGORY BARTUNEK, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Gregory Bartunek's ("Bartunek") pro se Motion to Reconsider (Filing No. 459) this Court's January 10, 2022, Order (Filing No. 456) denying his request to proceed in forma pauperis because there were no filing fees associated with his motion under 28 U.S.C. § 2255. Upon due consideration,

IT IS ORDERED:

1. Defendant Gregory Bartunek's pro se Motion to Reconsider (Filing No. 459) is granted.
2. Bartunek's request to proceed in forma pauperis is granted.
3. The Clerk of Court is directed to mail a copy of this order to Bartunek at his address of record.

Dated this 14th day of February 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge