IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>GREGORY BARTUNEK,<br><br>            Defendant. | 8:17CR28<br><br>ORDER |

This matter is before the Court on defendant Gregory Bartunek's ("Bartunek") *pro se* Motion to Reconsider (Filing No. 522) the Court's ruling (Filing No. 515) on his *pro se* Motion to Compel (Filing No. 506) his "Defense Counsel of record, Mr. Andrew Wilson [("Wilson")] to surrender the Case/Work File he created in representing [Bartunek]" in the above-captioned criminal case. Earlier this month, the Court granted that motion in part and denied it in part, ordering Wilson to provide the bulk of the materials in his case file but not discovery materials obtained from the government. Bartunek now asks the Court to reconsider.

Having duly reviewed Bartunek's request, the Court finds no compelling reason to change its carefully considered decision. Bartunek's motion to reconsider (Filing No. 522) is therefore denied.

IT IS SO ORDERED.

Dated this 4th day of March 2024.

                                                          BY THE COURT:

                                                          Robert F. Rossiter, Jr.
                                                          Chief United States District Judge