IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR28 |
| v. | |
| GREGORY BARTUNEK, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Gregory Bartunek's ("Bartunek") *pro se* Motion for Extension (Filing No. 564). Bartunek requests additional time to file a reply to the government's opposition (Filing No. 560) to his Motion to Reduce Sentence (Filing No. 555) pursuant to 18 U.S.C. § 3582(c)(1)(A). While Bartunek's request for an extension of time was pending, the Court received Bartunek's reply (Filing No. 562) and related attachments.

In light of the foregoing, Bartunek's request for an extension of time to file a reply is granted. The Court will consider his reply in evaluating his motion for a sentence reduction and render a decision on that and his other pending motions in due course.

IT IS SO ORDERED.

Dated this 11th day of December 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge