IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR28 |
| v. | |
| GREGORY BARTUNEK, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on defendant Gregory Bartunek's ("Bartunek") latest motion for sentencing relief under 18 U.S.C. § 3582(c)(1)(A)(i) (Filing No. 599), often referred to as "compassionate release." On June 30, 2025 (Filing No. 588), the Court disposed of Bartunek's last motion for compassionate release. Following the denial of that motion, Bartunek appealed to the United States Court of Appeals for the Eighth Circuit which affirmed this Court's decision. Bartunek also filed a petition for writ of certiorari, which was likewise denied. This is Bartunek's fifth motion for compassionate release and it comes just four months after the last denial of relief on substantially the same grounds.

The Court has reviewed in detail the arguments made in Bartunek's 49-page brief, as it has with previous submissions. The only additional basis for relief advanced by Bartunek is that he "has a new advocate – the United States President, Donald J. Trump." Bartunek apparently sent a letter to the President with an idea of how the President could support and assist inmates like Bartunek. A response letter was apparently sent from the White House thanking Bartunek for sharing his idea and telling him "your creativity and determination reflect the spirit that make our country great. I wish you the very best of luck as you pursue your goals and work to bring your ideas to life." Bartunek cites this as another "extraordinary and compelling reason" to grant him relief.

Such an exchange of correspondence does not rise to the level of being an extraordinary or compelling reason to reduce Bartunek's sentence or to release him as he seeks. The present submission, beyond the notation of the correspondence with the White House, presents no new issues.

For the reasons stated the Court's four prior rulings on the same issues in Bartunek's previous requests for compassionate relief, his latest Motion for Reduction in Sentence/Compassionate Release (Filing No. 599) is denied.

IT IS SO ORDERED.

Dated this 11th day of December 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge